1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAUL RODRIGUEZ,                              No.  2:20-cv-1268 KJM KJN P

12                    Petitioner,

13          v.                                    ORDER

14   RICK HILL,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge a

19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 23, 2020, the magistrate judge filed findings and recommendations, which were

21   served on petitioner and which contained notice to petitioner that any objections to the findings

22   and recommendations were to be filed within thirty days.  Petitioner has filed objections to the

23   findings and recommendations.  Therefore, in accordance with the provisions of 28 U.S.C.

24   § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.

25          The magistrate judge recommended this action be dismissed based on petitioner's failure

26   to exhaust state court remedies.  Indeed, notwithstanding petitioner's objections, it appears he

27   may have filed his petition with this court in error, as it is addressed to the Sacramento County

28   Superior Court.

1

1    Additionally, in his objections, petitioner claims that the instant action is a civil rights

2    action.  Attached to the objections is a copy of the first page of petitioner's civil rights complaint

3    filed in the United States District Court for the Central District of California in 2: 19-cv-0093 JVS

4    FFM.  It appears petitioner has confused the instant action with that Central District case.  In the

5    instant action, petitioner challenges the validity of a prison disciplinary conviction for Possession

6    of a Deadly Weapon.  In 2:19-cv-0093, petitioner challenged the validity of a prison disciplinary

7    conviction for "Promoting STG Activities."[1]

8    Having reviewed the file, the court finds the findings and recommendations to be

9    supported by the record and by the proper analysis.

10    Accordingly, IT IS HEREBY ORDERED that:

11    1.  The findings and recommendations filed July 23, 2020, are adopted in full;

12    2.  Petitioner's application for a writ of habeas corpus is dismissed for failure to exhaust

13    state remedies; and

14    3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

15    § 2253.

16    DATED:  October 15, 2020.

17

18    CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26    ─────────────────
[1] A court may take judicial notice of court records.  *See, e.g., Bennett v. Medtronic, Inc.*, 285 F.3d

27    801, 803 n.2 (9th Cir. 2002) ("[W]e may take notice of proceedings in other courts, both within
and without the federal judicial system, if those proceedings have a direct relation to matters at

28    issue.") (internal quotation omitted).

2